Upon the jury's return to the courtroom the witness testified to the impeaching facts before the jury.

█ There is an entire absence in this record of any objection having been made to that testimony when it was offered before the jury. As it is here presented, the testimony went before the jury without objection. Obviously, appellant was under the burden of objecting to the testimony when it was offered before the jury, unless he had been advised by the trial court that no further objection would be required than that registered in the jury's absence.

The conclusion is reached that the question as to the admissibility of the impeaching testimony is not before us.

The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully carrying a pistol; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.